Daniel L. Day (USB No. 7502)
9571 South 700 East, Suite 104
Sandy, Utah 84070
Telephone: (801) 676-1506
Email: dan@d-daylaw.com

MASLON LLP
James D. O'Connor (*admitted pro hac vice*)
David E. Suchar (*admitted pro hac vice*)
E. Casey Beckett (*admitted pro hac vice*)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200
Email:  james.o'connor@maslon.com
        david.suchar@maslon.com
        casey.beckett@maslon.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of LUDVIK ELECTRIC CO., a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>BALFOUR BEATTY/DPR/BIG-D, a Joint Venture, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, and SAFECO INSURANCE COMPANY OF AMERICA<br><br>Defendants. | **STIPULATED ORDER OF DISMISSAL**<br><br><br>Case No. 2:15-cv-00522-CW-BCW<br><br><br>Judge Clark Waddoups |

Upon the Parties' Joint Motion under Federal Rule of Civil Procedure 41 for Entry of a Stipulated Order of Dismissal, this Court hereby dismisses with prejudice all claims, defenses, counterclaims and crossclaims that were asserted or could have been asserted in this action, with each party bearing its own costs and attorneys' fees.

DATED this __23rd__ day of October, 2017.

BY THE COURT:

*[signature]*

Clark Waddoups
United States District Judge